UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK PICENO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>H.B. ANGLEA, Warden,<br><br>　　　　Respondent. | No.  1:20-cv-01154-NONE-JLT (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING THE CLERK OF COURT TO CLOSE CASE, AND DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY |

　　　　Petitioner is a state prisoner proceeding *in propria persona* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner raises a single ground challenging an "underground" prison regulation prohibiting inmates from exercising in the prison yard at Sierra Conservation Center without a shirt.  (Doc. No. 1 at 5.)

　　　　On August 21, 2020, the assigned magistrate judge issued findings and recommendations recommending that the petition be dismissed.  (Doc. No. 4.)  The magistrate judge recommended dismissal after finding that petitioner's complaint concerns a condition of confinement and is not cognizable under 28 U.S.C. § 2254.  (*Id*. at 2.)

　　　　The findings and recommendations were served upon all parties and contained notice that any objections were to be filed within thirty days from the date of service of that order.  To date, no party has filed objections.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and proper analysis.

In addition, the court declines to issue a certificate of appealability.  A state prisoner seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of his petition, and an appeal is only allowed in certain circumstances.  28 U.S.C. § 2253; *Miller-El v. Cockrell*, 537 U.S. 322, 335-336 (2003).  If a court denies a petitioner's petition, the court may only issue a certificate of appealability when a petitioner makes a substantial showing of the denial of a constitutional right.  28 U.S.C. § 2253(c)(2).  To make a substantial showing, the petitioner must establish that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'"  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 (1983)).

In the present case, the court finds that petitioner has not made the required substantial showing of the denial of a constitutional right to justify the issuance of a certificate of appealability.  Reasonable jurists would not find the court's determination that petitioner is not entitled to federal habeas corpus relief debatable, wrong, or deserving of encouragement to proceed further.  Thus, the court DECLINES to issue a certificate of appealability.

Accordingly, the court orders as follows:

1. The Findings and Recommendations, filed August 21, 2020 (Doc. No. 4), are ADOPTED IN FULL;

2. The petition for writ of habeas corpus is DISMISSED;

3. The clerk of court is DIRECTED to close this case; and

4. The court DECLINES to issue a certificate of appealability.

IT IS SO ORDERED.

Dated:   **October 7, 2020**                    _____
UNITED STATES DISTRICT JUDGE